IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ANNIE YVONNE HARRIS, et al.,    )
                                )
    Plaintiffs                  )
                                )
UNITED STATES OF AMERICA,       )
                                )
    Plaintiff-Intervenor        )
                                )
NATIONAL EDUCATION              )
ASSOCIATION, INC.,              )
                                )
    Plaintiff-Intervenor        )
                                )   CIVIL ACTION NO.
    v.                          )    2:66cv2455-MHT
                                )         (WO)
CRENSHAW COUNTY BOARD OF        )
EDUCATION, et al.,              )
                                )
    Defendants.                 )
```

JUDGMENT

In accordance with the memorandum opinion entered this day, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion for declaration of unitary status and termination of this litigation, filed by defendants Crenshaw County Board of Education, its members, and the

Crenshaw County Superintendent of Education (Doc. No. 264) is granted.

(2) The Crenshaw County School System is DECLARED to be unitary.

(3) All outstanding orders and injunctions are dissolved as to defendants Crenshaw County Board of Education, its members, and the Crenshaw County Superintendent of Education.

(4) This litigation is dismissed as to defendants Crenshaw County Board of Education, its members, and the Superintendent of Education.

It is further ORDERED that the state defendants (the Alabama State Board of Education, its members, the State Superintendent of Education, and the Governor of Alabama) are not dismissed and that the orders dealing with the state-wide 'special education' and 'facilities' issues are not dissolved.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 11th day of September, 2006.**

                                        **/s/ MYRON H. THOMPSON**
                                    **UNITED STATES DISTRICT JUDGE**